**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMIRA GALACHE,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>RON KENAN, WARDEN,<br><br>　　　　Respondent. | CASE NO. SA CV 06-00755 SVW (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the First Amended Petition of PALMIRA GALACHE for a writ of habeas corpus. Having reviewed the First Amended Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: August 14, 2008

_(signature)_

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE